UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------- X

UNITED STATES OF AMERICA,

        Plaintiff,

  - against -

ONE ORANGE 2003 Hummer H2 SEDAN
VIN # 5GRGN23U23H123135 BEARING
NEW YORK STATE LICENSE PLATE
NUMBER CKJ5600

        Defendants In Rem.

------------------------------- X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 21 2005 ★

BROOKLYN OFFICE

ORDER

Civil Action
No. CV-05-1974

(Trager, J.)
(Mann, M. J.)

UPON the application of plaintiff the United States of America,

IT IS HEREBY ORDERED that the Clerk of the Court shall unseal all documents previously filed in this action, as well as any other documents to be filed in this action, unless otherwise ordered by the Court.

Dated: Brooklyn, New York
      May 19, 2005

                        s/David G. Trager
                        HONORABLE DAVID G. TRAGER
                        United States District Judge